## TOWNSLEY v. MOREHEAD.

1. JUDGMENT IN VACATION. Where issue was joined in term time, and judgment entered in vacation, *held*, that the reading, approving and signing the judgment entry at the next term of the court did not render it valid.
2. CODE CONSTRUED. Section 1578 of the Code of 1851, applies only to entries authorized to be made in vacation.

*Appeal from Woodbury District Court.*

THURSDAY, NOVEMBER 3.

*Casady & Crocker* for the appellants.

No appearance for the appellee.

STOCKTON, J.—The plaintiff sued the defendants on a note signed, "Martha C. F. Morehead by J. H. Morehead." The defendants' appear and answer, denying that they are indebted to plaintiff as alleged, and claiming a set-off of five hundred dollars. There was a replication and issue. In vacation, after the adjournment of the term, judgment was entered for the plaintiff against the defendants, for the amount found due on the note; and at the next term of the court in November, 1858, the entry of judgment was read, approved, and signed in open court.

The only assignment of error that it will be necessary to notice is the first, that the District Court erred in rendering judgment in vacation. In this we think the court acted without authority. The term was adjourned on the twenty-fourth, and the judgment was rendered in vacation, on the 26th of April, 1858. The entry if made without authority was not rendered valid by being at the next term read, approved and signed by the judge. This provision only applies to entries authorized to be made in vacation. Section 1578.

It is unnecessary to enquire whether there was error in rendering judgment against both defendants upon the note.

Judgment reversed.